UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTONIO SPENCER
AIS #244156
    Plaintiff

vs.

AKEEM D. EDMONDS, et al.,

Case No. 2:16-CV-01733-KOB-HGD

"NOTE"

I would like for the courts to up date my address of May 13, 2019 allow it to show that I'Am now Housed at St. Clair Corrections Thank you and have bless day

Antonio R. Spencer
AIS# 244156 Cell D-37
1000 St. Clair Road
Springville, Al 35146

Antonio R Spencer
AIS 244156  D-37
1000 St. Clair Road
Springvill, Al 35146

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

Legal mail

OFFICIAL BUSINESS

3520332037 C006

BIRMINGHAM
AL 350
14 MAY '19
PM 1 L

SECURITY
MAY 15 2019
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

NEOPOST
05/13/2019
US POSTAGE $000.50

ZIP 35146
041L11259476

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
Office of THE CLERK
UNITED STATES Courthouse
1729 5th Ave North
Birmingham AL 35203