# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTONIO SPENCER,** <br> **AIS #244156** | ) <br> ) <br> ) | |
| **Plaintiff,** | ) <br> ) | |
| v. | ) <br> ) | **Civil Action No.:** <br> **2:16-CV-1733-KOB-HNJ** |
| **AKEEM D. EDMONDS, et al.,** | ) <br> ) | |
| **Defendants.** | ) <br> ) | |

## NOTICE TO THE COURT

COME NOW Plaintiff Antonio Spencer and Defendant Akeem D. Edmonds and jointly state the following:

The parties have reached a settlement, a settlement agreement has been drafted and circulated, and the parties are in the process of obtaining signatures.

A Joint Stipulation for Dismissal will be filed once payment has been made.

        Respectfully submitted,

        s/ Ellen P. Proctor
        Ellen P. Proctor (ASB-0135-e49p)

        *Counsel for Plaintiff*

<u>OF COUNSEL</u>:

Gary L. Howard (ASB-5019-w86g)
Ellen P. Proctor (ASB-0135-e49p)
Jared C. Searls (ASB-1514-l48f)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Fax (205) 488-6000
ghoward@bradley.com
eproctor@bradley.com
jsearls@bradley.com

                                           <u>s/ J. Matt Bledsoe (with permission)</u>
                                           J. Matt Bledsoe

                                           ***Counsel for Defendant***

<u>OF COUNSEL</u>:
J. Matt Bledsoe
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36130
334-242-7443 (T)
334-242-2433 (F)
Matt.Bledsoe@AlabamaAG.gov

2