# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ANTONIO SPENCER,** | } | |
| **Plaintiff,** | } | |
| v. | } | 2:16-cv-1733-KOB |
| **AKEEM D. EDMONDS, et al.,** | } | |
| **Defendants.** | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE. The court retains jurisdiction of this action to reinstate the case if any party represents to the court **on or before November 16, 2020** that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 14th day of August, 2020.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE